**STATE of Missouri, Respondent,**

v.

**Alan ECHOLS, Appellant.**

**No. WD 57928.**

Missouri Court of Appeals,
Western District.

Nov. 7, 2000.

Rehearing Denied Dec. 26, 2000.

John P. O'Connor, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane D. Crouse, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., LAURA DENVIR STITH and NEWTON, J.J.

*ORDER*

PER CURIAM.

Appellant Echols appeals from his conviction for first-degree murder. In his sole point on appeal, Echols argues that because the court deleted a portion of his videotaped confession, the jury was unable to assess his mental state and thus he was denied his constitutional rights to due process and to present a defense. Affirmed. Rule 30.25(b).